IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OMAHA CELLULAR TELEPHONE COMPANY, d/b/a Verizon Wireless;<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN UTILITIES DISTRICT OF OMAHA,<br><br>Defendant. | **8:21CV86**<br><br>**SHOW CAUSE ORDER** |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff has not filed a return of service indicating service on Defendant Metropolitan Utilities District of Omaha, and Defendant Metropolitan Utilities District of Omaha has not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until July 22, 2021 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 1st day of July, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge